**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-1256

DQSI, L.L.C.

- - Versus - -

APC Construction, LLC and Aegis Security Insurance
Company

22nd Judicial District Court
Case #: 201714015
St. Tammany Parish

On Application for Rehearing filed on 08/12/2022 by DQSI, LLC

Rehearing _DENIED_

_____
John Michael Guidry

_____
Guy Holdridge

_____
Wayne Ray Chutz

Holdridge J. dissents + would grant
the rehearing

Date **SEP 0 7 2022**

_____
Rodd Naquin, Clerk